RICHARD D. ALLIGER, Respondent, *v.* THE BROOKLYN DAILY EAGLE, Appellant.

(Argued April 14, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 6, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*William N. Dykman* for appellant.

*Richard S. Newcombe* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

LYDIA W. RANKEN, Appellant, *v.* CARTRIGHT MCBRIDE, Respondent.

(Argued April 14, 1891; decided May 1, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 28, 1889, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*W. W. MacFarland* for appellant.

*H. D. Birdsall* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.